**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                         PLAINTIFF

VS.                                    NO. 4:14-CR-188-30-JLH

TRISTAN A. HIBBLER                                                                                      DEFENDANT

## ORDER

Pending before the Court is a motion for issuance of summons and for revocation of pretrial release. (Docket entry #592) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk is directed to issue summons to Defendant Tristan A. Hibbler for appearance at a hearing before United States Magistrate Judge Beth Deere on April 13, 2016, at 2:30 p.m. to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 6th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE